Form ptconfhrg

**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
203 U.S. Courthouse
201 S. Vine Street
Urbana, IL 61802

---

***In Re:*** Diana Kroll
***Debtor(s)***

***Case No.:*** 26–90459
***Chapter*** 7

Danielle L. Daly
***Plaintiff(s)***

***v.***

Diana Kroll
***Defendant(s)***

Adv. No. 26–09013

---

# *NOTICE OF PRETRIAL CONFERENCE AND PRETRIAL ORDER*

Notice is hereby given that a Pretrial Conference has been set:

US Courthouse, Room 232, 600 E Monroe St, Springfield, IL 62701

on 12/17/26 at 01:30 PM

ALL PARTIES ARE ORDERED to confer as required by Fed. R. Civ. P. 26(f) and to complete the initial disclosures required by Fed. R. Civ. P. 26(a)(1) prior to the pretrial conference.

ALL PARTIES ARE FURTHER ORDERED to prepare and file with the Court not less than three (3) working days prior to the pretrial conference a **JOINT DOCUMENT,** captioned **"PRETRIAL STATEMENT".** It shall be the responsibility of the Plaintiff to initiate the preparation of the Pretrial Statement. The Pretrial Statement shall contain the following:

## *FOR EACH PLAINTIFF*

1. A statement of jurisdiction and a statement of whether the Plaintiff consents to the jurisdiction of this Court to enter a final order or judgment in the case.
2. A brief statement of the theory of each cause of action.
3. A brief summary of the plaintiff's contentions of facts in support of the cause(s) of action and the evidence to be relied upon to establish each of the facts contended.
4. A brief statement of any unique legal issues expected to be raised in the case.

## *FOR EACH DEFENDANT*

1. A statement acknowledging agreement or disagreement with the Plaintiff's statement of jurisdiction and a statement of whether Defendant consents to the jurisdiction of this Court to enter a final order or judgment in this case.
2. A brief statement of the defense(s) including the theory of each defense.
3. A brief summary of the defendant's contentions of facts in support of the defense(s), and the evidence to be relied upon to establish each of the facts contended.
4. A brief statement of any unique legal issues expected to be raised in the case.

In addition, the joint document shall include or have attached to it the following:

1. A certification by all parties regarding compliance with Fed. R. Civ. P. 26(a)(1) as ordered above.
2. An agreed discovery plan including dates for compliance or, alternatively, if agreement has not been reached, proposed discovery plans from each party.

All of the above is to be incorporated in one document (with attachments) which must be signed by all attorneys and unrepresented parties prior to filing. FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN DISMISSAL OF THE ACTION, DEFAULT OF A NONCOMPLYING PARTY, THE ASSESSMENT OF COSTS AND ATTORNEY'S FEES OR OTHER APPROPRIATE PENALTIES.

**Unless the Court orders otherwise in a particular case or as to a particular attorney or party, attorneys and parties in interest participating in this hearing have the option of appearing remotely via Zoom for Government® in lieu of appearing in person. To do so, launch Zoom® through your web browser or app and enter the following credentials as prompted.**

**Meeting ID: 161 8563 5975 Passcode: 1598**

**Multiple hearings may be set at the same time. Stay connected to the Zoom® conference until your hearing(s) are concluded. Keep your camera and microphone off or muted while waiting for your case(s) to be called.**

**Video access is available only to parties in interest and their attorneys participating in the hearing. Members of the public and others interested in observing the proceedings must do so in person in the courtroom or by telephone. To listen by telephone, dial 551–285–1373 and enter the Meeting ID (followed by the # sign) and Passcode (followed by the # sign) when prompted. Participation by telephone is limited to listening only.**

**In this case only, parties who are unable to appear by Zoom because they do not have a camera/microphone enabled, internet capable device may appear and participate by telephone notwithstanding other published court policies. Telephone participation is limited to the circumstances described; all other parties are expected to appear by Zoom or attend the hearing in person.**

**For full details and connection information, see Judge Gorman's Zoom Video Hearing Guide for Participants on the Court's website. Participants are strongly encouraged to review the Guide prior to the scheduled hearing. www.ilcb.uscourts.gov/zoom–video–hearing–guide–participants**

*Please be advised that all hearings are recorded. Participants electing to appear via Zoom® are responsible for ensuring their ability to connect to the conference and compliance with applicable rules and procedures. A continuance will be considered by the Court ONLY upon a motion establishing good cause, submitted at least two business days before the hearing.*

***Entered:*** 10/28/26

/S/ Mary P. Gorman
United States Bankruptcy Judge

***NOTE: FAXED PRETRIAL STATEMENTS WILL NOT BE ACCEPTED.***

Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.

United States Bankruptcy Court

Central District of Illinois

Daly,
Plaintiff

Adv. Proc. No. 26-09013-mpg

Kroll,
Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0753-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Oct 28, 2026 | Form ID: ptconfhr | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Diana Kroll, 3206 Sportsman Club Rd., Bourbonnais, IL 60914-4398 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion10.pe.ecf@usdoj.gov | Oct 28 2026 19:38:00 | U.S. Trustee, Monica Kindt, Acting U.S. Trustee, 401 Main St #1100, Peoria, IL 61602-1241 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| James K. Borcia | on behalf of Plaintiff Danielle L. Daly jborcia@tresslerllp.com chicagodocket@tresslerllp.com;cjohns@tresslerllp.com |

TOTAL: 1